UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUNJIE YAO,

                          Petitioner,

            -v-

JUDITH ALMODOVAR *et al.*,

                          Defendants.

25 Civ. 9982 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received respondents' return, memorandum of law, and supporting materials; and petitioner Qunjie Yao's reply. The Court accordingly schedules a hearing for **Tuesday, December 16, 2025 at 10:30 a.m.** Because the application for the writ and the return present only issues of law, respondents are not required to produce Yao himself at the hearing. *See* 28 U.S.C. § 2243.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 15, 2025
       New York, New York