**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
QUNJIE YAO,

                    Petitioner,             25 **CIVIL** 9982 (PAE)

     -against-                              **JUDGMENT**

JUDITH ALMODOVAR, in her official capacity
 as Field Office Director of Enforcement and
Removal Operations, New York City, Immigration
and Customs Enforcement, et al.,

                    Respondents.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated December 17, 2025, the Court grants the petition

for a writ of habeas corpus. ICE is hereby ordered to transport Yao back to this District

forthwith, and immediately thereafter to release Yao from custody. ICE shall certify compliance

with the Court's order by filing an entry on the docket of this case no later than 5 p.m. on

Thursday, December 18, 2025.

**DATED:**  New York, New York
           December 18, 2025

                                 **TAMMI M. HELLWIG**

                                 **Clerk of Court**

               **BY**:

                                 **Deputy Clerk**