UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUNJIE YAO,

                              Petitioner,

          -v-

JUDITH ALMODOVAR, *in her official capacity as Field Office Director of Enforcement and Removal Operations, New York City, Immigration and Customs Enforcement, et al.*,

                              Defendants.

25 Civ. 9982 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court is in receipt of ICE's declaration of today, stating that it is in the process of transporting petitioner Qunjie Yao back to this District for his release immediately thereafter, to occur no later than 11:59 p.m. EST tomorrow (December 19, 2025). Dkt. 12.

    The Court hereby directs ICE to file another declaration immediately upon Yao's release within this District, and no later than 11:59 p.m. on December 19, 2025.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: December 18, 2025
         New York, New York