UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUNJIE YAO,

                Petitioner,

-v-

JUDITH ALMODOVAR, *in her official capacity as Field Office Director of Enforcement and Removal Operations, New York City, Immigration and Customs Enforcement, et al.*,

                Defendants.

25 Civ. 9982 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court hereby dockets the attached Court Exhibit A, comprising slides that ICE presented at the December 16, 2025 hearing in this case.

SO ORDERED.

*(signed)* Paul A. Engelmayer
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 19, 2025
      New York, New York

# Court Exhibit A



# 8 U.S.C. 1225(b)(2)(A)

"Subject to subparagraphs (B) and (C), in the case of **an alien who is an applicant for admission**, if the examining immigration officer determines that an alien seeking admission is not **clearly and beyond a doubt** entitled to be admitted, the alien **shall be detained** for a proceeding under section 1229a of this title."

2

# 8 U.S.C. 1225(a)(1)

"An **alien present in the United States who has not been admitted** or who arrives in the United States (whether or not at a designated port of arrival and including an alien who is brought to the United States after having been interdicted in international or United States waters) **shall be deemed for purposes of this chapter an applicant for admission.**"

3

# 8 U.S.C. 1101(a)(13)(A)

"The terms 'admission' and 'admitted' mean, with respect to an alien, the *lawful entry* of the alien into the United States after inspection and authorization by an immigration officer."

4

# 8 U.S.C. 1225(b)(2)(A)

"Subject to subparagraphs (B) and (C), in the case of **an alien who is an applicant for admission**, if the examining immigration officer determines that an alien seeking admission is not **clearly and beyond a doubt** entitled to be admitted, the alien **shall be detained** for a proceeding under section 1229a of this title."

5

# 8 U.S.C. § 1225(a)(3)

"All aliens (including alien crewmen) who are **applicants for admission or otherwise seeking admission** or readmission to or transit through the United States shall be inspected by immigration officers."

6

# 8 U.S.C. § 1226(a)

"On a warrant issued by the Attorney General, an alien may be arrested and detained pending a decision on whether the alien is to be removed from the United States. Except as provided in subsection (c) and pending such decision, the Attorney General--

- **(1)** may continue to detain the arrested alien; and
- **(2)** may release the alien on--
- **(A)** bond of at least $1,500 with security approved by, and containing conditions prescribed by, the Attorney General; or
- **(B)** conditional parole;"

7